# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

**v.**                      **4:11CV00211-BRW**

**CAROLINE V. MAY**                                                                    **DEFENDANT**

## ORDER

Pending is the Government's Motion to Dismiss (Doc. No. 2). The Motion is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of July, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE