UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 17 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 4:11CV00211 BRW |
| | ) |
| CAROLINE V. MAY | ) |

## CONSENT JUDGMENT

Upon consent of the defendant that plaintiff's cause is just and judgment should be rendered against said defendant in favor of plaintiff in the sum of $251,708.81 ($229,670.48 principal; $290.00 filing fees; $60.00 cost of suit; and $21,688.33 interest through October 11, 2010, with interest to continue to accrue at the note rate until date of judgment and at the legal rate thereafter until paid in full) to be paid in monthly installments of $400.00, with the first installment due on the 15th day of January; 2012 and subsequent payments to be made thereafter on the 15th day of each month until judgment is satisfied in full. The payments should be made payable to the Department of Justice, and mailed to the Financial Litigation Unit, P. O. Box 1229, Little Rock, Arkansas 72203.

After the judgment is entered and a lien is filed. If any installment shall not be paid when it becomes due and payable, then the entire unpaid balance plus all accrued interest may be declared immediately due and payable and, execution, garnishment, attachment, application of surcharge, or other process may issue in aid of the judgment hereby granted.

The defendant shall complete an annual financial statement and provide the United States

with current, accurate evidence of his assets, income and expenditures (including, but limited to his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney. The defendant's monthly installment payments may be modified on the basis of this information.

IT IS THEREFORE the judgment of the Court that United States of America does have judgment against Caroline V. May as set out above.

_____
Honorable Billy Roy Wilson
United States District Judge

Date: 01/17/2012


APPROVED:

_____
Caroline V. May
Defendant

January 3, 2012
Date

_____
Stacey E. McCord
Assistant United States Attorney

1/11/12
Date